362
3612

# United States District Court

DISTRICT OF

JOSE OFREY

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

JOB LOT OF NORTH KINGSTOWN, INC. &
OCEAN STATE JOB LOT, INC.

CA 05 014 ML

TO: (Name and address of defendant)

JOB LOT OF NORTH KINGSTOWN, INC.
1375 Warwick Ave.
Warwick, RI 02888

Andrew G. Sholes, Esq
1375 Warwick Ave.
Warwick, RI
02888

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

STEPHEN T. FANNING, #3900
305 SOUTH MAIN STREET
PROVIDENCE, RI 02903
401-272-8250

A true Copy Attest
Edwin Sempey
2-2-05
Federal Process Server

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time afte- service.

CLERK

DATE 1/13/05

Francis P. McCabe
(BY) DEPUTY CLERK

2

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE 2-2-05 12:02 PM |
|---|---|
| NAME OF SERVER (PRINT) Edwin J Semper Jr | TITLE Federal Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): Served AFS Andrew G Sholes for Job Lot of North Kingstown Inc 1383 Warwick Ave Warwick RI

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $48 | TOTAL $48 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2-2-05
*Date*

Edwin J Semper Jr
*Signature of Server*

29 Mathew Dr Johnston RI
*Address of Server*

FILED
2005 FEB -4 P 12:27
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.