UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOSE OFREY

vs. C.A. NO. 05-14ML

OCEAN STATE JOB LOT OF
NORTH KINGSTOWN

ORDER

I hereby recuse myself from participation in the above-referenced matter.

BY ORDER:

Mary M. Lisi
Mary M. Lisi
U.S. District Judge
April 15, 2005

Entered as an Order of this Court on April 15, 2005.

Barbara Barletta
Deputy Clerk

6