UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOSE OFREY | : | |
| | : | |
| VS | : | C.A. NO. 05-014ML |
| | : | |
| JOB LOT OF NORTH KINGSTOWN, INC. and OCEAN STATE JOB LOT, INC. | : | |

**DEFENDANTS' MOTION TO COMPEL PLAINTIFF TO RESPOND TO DISCOVERY REQUESTS**

Pursuant to Rule 37(a)(2) of the Federal Rules of Civil Procedure, defendants Job Lot of North Kingstown Inc. and Ocean State Jobbers, Inc. (incorrectly named herein as Ocean State Job Lot, Inc.) (collectively "Defendants"), hereby move for an Order compelling plaintiff Jose Ofrey to fully respond to Defendants' First Set of Interrogatories and First Set of Requests for Production dated February 22, 2004. In support of this motion, Defendants rely on the accompanying Memorandum of Law.

JOB LOT OF NORTH KINGSTOWN,
INC. AND OCEAN STATE JOBVERS,
INC.

By their Attorney,

Kathleen A. Collins

Joseph D. Whelan (#5694)
Kathleen A. Collins (#6946)
HINCKLEY, ALLEN AND SNYDER LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600

Dated: August 19, 2005

**CERTIFICATION**

To:

Stephen T. Fanning, Esq.
305 South Main Street
Providence, RI 02903

I hereby certify that I mailed a copy of the within Interrogatories to counsel of record, as above, on the 19th day of August, 2005.

Kathleen A. Cole



#671509

FILED

AUG 1 9 2005

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOSE OFREY :
:
VS : C.A. NO. 05-014ML
:
JOB LOT OF NORTH KINGSTOWN, :
INC. and OCEAN STATE JOB LOT, INC. :

**DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO COMPEL PLAINTIFF TO RESPOND TO DISCOVERY REQUESTS**

Defendants, Job Lot of North Kingstown Inc. and Ocean State Jobbers, Inc. (incorrectly named herein as Ocean State Job Lot, Inc.) (collectively "Defendants"), hereby move that Plaintiff Jose Ofrey ("Plaintiff") be ordered to answer interrogatories and produce documents and information responsive to Defendants' discovery requests within (10) days after hearing on this Motion. Despite numerous representations that responses would be forthcoming, Plaintiff has failed to provide discovery responses to requests first issued in February of 2005.

**BACKGROUND**

On January 13, 2005, Plaintiff filed a five count complaint ("Complaint") against Defendants alleging discrimination based on race, national origin and/or ethnic background in violation of Title VII, the Rhode Island Fair Employment Practices Act and the Rhode Island Civil Rights Act. The Complaint also contains claims for Negligent Training and Supervision and violation of the Rhode Island Whistleblower Protection Act.

On February 22, 2005, Defendants issued their First Set of Interrogatories and First Set of Requests for Production. (See Exhibits A and B). Pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, Plaintiff's discovery responses were due on March 28, 2005. Plaintiff failed to respond to Defendants' discovery requests in a timely fashion. In accordance with Rule

37, throughout the Spring and Summer of 2005, Defendants' counsel repeatedly telephoned Plaintiff's counsel requesting that Plaintiff respond to these discovery requests. However, Plaintiff failed to respond to Defendants' discovery requests.

On July 19, 2004, in an attempt to jump-start discovery in this case, Defendants' noticed the Plaintiff's deposition for August 4, 2005. On August 2, 2005, when Defendants' had yet to receive Plaintiff's discovery responses and in preparation for the Plaintiff's deposition, Defendants' counsel wrote to Plaintiff's counsel and requested that the outstanding discovery be served no later than noon the next day, August 3, 2005 or otherwise Defendants' would have no other choice but to postpone the Plaintiff's deposition and compel the outstanding discovery. (See Ex. C). Thereafter, counsel for Plaintiff telephoned Defendants' counsel and assured Defendants' counsel that the outstanding discovery would be served to him no later than Friday, August 19, 2005 and the parties verbally agreed to move the deposition of the Plaintiff until, Friday, August 26, 2005. To date, Defendant has failed to respond to any and all discovery requests and has failed to notify Plaintiff's counsel when he should expect a response. Defendants are unable to properly defend themselves without proper discovery responses from Plaintiff.

## CONCLUSION

For the foregoing reasons, Defendants, Job Lot of North Kingstown Inc. and Ocean State Jobbers, Inc. respectfully request that the Court order Jose Ofrey to fully respond to Defendants' First Request for Production and Defendants' First Set of Interrogatories as set forth herein within ten (10) days after a hearing on this motion. Alternatively, defendant requests that this matter be dismissed.

JOB LOT OF NORTH KINGSTOWN, INC. AND OCEAN STATE JOBBERS, INC.

By their Attorney,

Kathleen A. Collins

Joseph D. Whelan (#5694)
Kathleen A. Collins (#6946)
HINCKLEY, ALLEN AND SNYDER LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600

Dated: August 19, 2005

**CERTIFICATION**

To:

Stephen T. Fanning, Esq.
305 South Main Street
Providence, RI 02903

I hereby certify that I mailed a copy of the within Interrogatories to counsel of record, as above, on the 19th day of August, 2005.

Kathleen A. Collins