UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOSE OFREY :
:
VS : C.A. NO. 05-014ML
:
JOB LOT OF NORTH KINGSTOWN, :
INC. and OCEAN STATE JOB LOT, INC. :

**DEFENDANTS' MOTION TO DISMISS**

Pursuant to Rule 37(c)(1) of the Federal Rules of Civil Procedure, defendants Job Lot of North Kingstown Inc. and Ocean State Jobbers, Inc. (incorrectly named herein as Ocean State Job Lot, Inc.) (collectively "Defendants"), hereby move to dismiss plaintiff Jose Ofrey's complaint for failure to comply with this Court's order of September 9, 2005. Defendants also seek as sanctions the costs of filing this motion including reasonable attorneys' fees. In support of this motion, Defendants rely on the accompanying Memorandum of Law.

JOB LOT OF NORTH KINGSTOWN,
INC. AND OCEAN STATE JOBVERS,
INC.

By their Attorney,

Joseph D. Whelan (#5694)
Kathleen A. Collins (#6946)
HINCKLEY, ALLEN AND SNYDER LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600

Dated: October 24, 2005

**CERTIFICATION**

To:

Stephen T. Fanning, Esq.
305 South Main Street
Providence, RI 02903

I hereby certify that I mailed a copy of the within Interrogatories to counsel of record, as above, on the 25th day of October, 2005.

Cynthia Lomas

676273v1
(39310 122523)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOSE OFREY | : | |
| | : | |
| VS | : | C.A. NO. 05-014ML |
| | : | |
| JOB LOT OF NORTH KINGSTOWN, | : | |
| INC. and OCEAN STATE JOB LOT, INC. | : | |

**DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO DISMISS**

Defendants, Job Lot of North Kingstown Inc. and Ocean State Jobbers, Inc. (incorrectly named herein as Ocean State Job Lot, Inc.) (collectively "Defendants"), hereby move to dismiss Plaintiff Jose Ofrey's complaint for failure to comply with this Court's order of September 9, 2005, a copy of which is attached as Exhibit A.

**BACKGROUND**

On January 13, 2005, Plaintiff filed a five count complaint ("Complaint") against Defendants alleging discrimination based on race, national origin and/or ethnic background in violation of Title VII, the Rhode Island Fair Employment Practices Act and the Rhode Island Civil Rights Act. The Complaint also contains claims for Negligent Training and Supervision and violation of the Rhode Island Whistleblower Protection Act.

On February 22, 2005, Defendants issued their First Set of Interrogatories and First Set of Requests for Production. Pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, Plaintiff's discovery responses were due on March 28, 2005. Plaintiff failed to respond to Defendants' discovery requests in a timely fashion. In accordance with Rule 37, throughout the Spring and Summer of 2005, Defendants' counsel repeatedly telephoned Plaintiff's counsel requesting that Plaintiff respond to these discovery requests. However, Plaintiff failed to respond

to Defendants' discovery requests.

On July 19, 2004, in an attempt to jump-start discovery in this case, Defendants' noticed the Plaintiff's deposition for August 4, 2005. On August 2, 2005, when Defendants' had yet to receive Plaintiff's discovery responses and in preparation for the Plaintiff's deposition, Defendants' counsel wrote to Plaintiff's counsel and requested that the outstanding discovery be served no later than noon the next day, August 3, 2005 or otherwise Defendants' would have no other choice but to postpone the Plaintiff's deposition and compel the outstanding discovery. Thereafter, counsel for Plaintiff telephoned Defendants' counsel and assured Defendants' counsel that the outstanding discovery would be served to him no later than Friday, August 19, 2005 and the parties verbally agreed to move the deposition of the Plaintiff until, Friday, August 26, 2005. On August 19, 2005 Defendants filed a motion to compel these discovery responses. No objection was timely filed and the Court granted the motion on September 9, 2005. Pursuant to the order, discovery responses were due on September 19, 2005. To date, Plaintiff has failed to respond to any and all discovery requests and has failed to notify Defendant's counsel when he should expect responses. Defendants are unable to properly defend themselves without proper discovery responses from Plaintiff. Discovery in this matter closes on November 14, 2005.

## CONCLUSION

For the foregoing reasons, Defendants, Job Lot of North Kingstown Inc. and Ocean State Jobbers, Inc. respectfully request that this matter be dismissed and that Plaintiff (not his counsel) be required to pay Defendants' costs and reasonable attorneys' fees.

JOB LOT OF NORTH KINGSTOWN, INC. AND OCEAN STATE JOBBERS, INC.

By their Attorney,

Joseph D. Whelan (#5694)
Kathleen A. Collins (#6946)
HINCKLEY, ALLEN AND SNYDER LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600

Dated: October 24, 2005

**CERTIFICATION**

To:

Stephen T. Fanning, Esq.
305 South Main Street
Providence, RI 02903

I hereby certify that I mailed a copy of the within Interrogatories to counsel of record, as above, on the 25th day of October, 2005.

676278v1
(39310/122523)