Case 1:05-cv-00014-S Document 9-1 Filed 09/09/2005 Page 1 of 2

FILED
AUG 1 9 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOSE OFREY :
:
VS : C.A. NO. 05-014ML
:
JOB LOT OF NORTH KINGSTOWN, :
INC. and OCEAN STATE JOB LOT, INC. :

**DEFENDANTS' MOTION TO COMPEL**
**PLAINTIFF TO RESPOND TO DISCOVERY REQUESTS**

Pursuant to Rule 37(a)(2) of the Federal Rules of Civil Procedure, defendants Job Lot of North Kingstown Inc. and Ocean State Jobbers, Inc. (incorrectly named herein as Ocean State Job Lot, Inc.) (collectively "Defendants"), hereby move for an Order compelling plaintiff Jose Ofrey to fully respond to Defendants' First Set of Interrogatories and First Set of Requests for Production dated February 22, 2004. In support of this motion, Defendants rely on the accompanying Memorandum of Law.

JOB LOT OF NORTH KINGSTOWN,
INC. AND OCEAN STATE JOBVERS,
INC.

By their Attorney,

Kathleen A. Collins

Joseph D. Whelan (#5694)
Kathleen A. Collins (#6946)
HINCKLEY, ALLEN AND SNYDER LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600

No objection having been timely filed pursuant to the Local Rules for the District of Rhode Island, the within motion is hereby granted.

Barbara Barletta
Deputy Clerk
Date: 9/9/05

Dated: August 19, 2005

Case 1:05-cv-00014-S Document 9-1 Filed 09/09/2005 Page 2 of 2

**CERTIFICATION**

To:

Stephen T. Fanning, Esq.
305 South Main Street
Providence, RI 02903

I hereby certify that I mailed a copy of the within Interrogatories to counsel of record, as above, on the 19th day of August, 2005.

Kathleen A. Cole