UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOSE OFREY,
Plaintiff

v. C.A. No. 05-014 ~~ML~~ S

JOB LOT OF NORTH KINGSTOWN, INC.
And OCEAN STATE JOB LOT, INC.
Defendants

**Plaintiff's Opposition and Objection to Defendants' Motion to Dismiss**

The Plaintiff hereby submits this Opposition and Objection to Defendants' Motion to Dismiss.

For the reasons set forth in the Attached Memorandum, the Plaintiff respectfully requests that the Defendants' Motion be **DENIED.**

**Request for a Hearing**

The Plaintiff respectfully requests a hearing on this matter, as the Court deems appropriate.

Respectfully Submitted,
Jose Ofrey,
By His Attorney,

Stephen T. Fanning #3900
305 South Main Street
Providence, RI 02903
401-272-8250

401-272-4520 (FAX)

Certification

I hereby certify that a true copy of the above was served on counsel for the Defendants, Joseph Whelan of Hinckley, Allen & Snyder at 1500 Fleet Center Providence, RI 02903 by messenger on this 10th day of November 2005.

Stephen Fanning

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOSE OFREY,
Plaintiff

v.

C.A. No. 05-014 ~~ML~~ S

JOB LOT OF NORTH KINGSTOWN, INC.
And OCEAN STATE JOB LOT, INC.
Defendants

**Plaintiff's Memorandum in Support of His Opposition and Objection to Defendants' Motion to Dismiss**

The Plaintiff hereby submits this Memorandum in Support of His Opposition and Objection to Defendants' Motion to Dismiss.

For the reasons set forth below, the Plaintiff respectfully requests that the Defendants' Motion be **DENIED.**

In their Motion, the Defendants move to dismiss the Plaintiff's complaint on the basis that the Plaintiff failed to comply with a Court Order of September 9, 2005, granting Defendants' Motion to Compel Plaintiff's Discovery Requests.

Defendants' Motion to Compel was granted on September 9, 2005, without objection from the Plaintiff. Defendant's Motion to Compel, and consequently the Court's order, provided no specific timeframe within which Plaintiff was to provide its overdue discovery responses. Nevertheless, Plaintiff's counsel made an aggressive and concerted effort to cooperate in the discovery process, and to provide the necessary responses. These efforts were delayed due to certain language issues (Plaintiff's native language is Spanish) impacting on Plaintiff's ability to participate in the discovery in a prompt and efficient manner, resulting in a protracted communication process.

Furthermore, at one point the Plaintiff changed residences, without informing counsel, resulting in the return of mail regarding the processing of this case, and essentially impacting all communications, for an extended period of time. (Attachment A) Plaintiff now fully understands his duty to participate in the process, and to keep his attorney advised at all times regarding his whereabouts.

As of the date of this Objection, Plaintiff ***has*** fully complied to the best of his ability with his discovery obligations and has responded to Defendants' Interrogatory Requests and Request for Production of Documents. (Attachment B)

It is respectfully urged that the Defendants have not been prejudiced by the delay in Plaintiff's responses, that he is fully comporting with his obligations at this time, and that Defendants' Motion To Dismiss and request for sanctions should be denied.

**Request for a Hearing**

The Plaintiff respectfully requests a hearing on this matter.

Respectfully Submitted,
Jose Ofrey,
By His Attorney,

Stephen T. Fanning #3900
305 South Main Street
Providence, RI 02903
401-272-8250
401-272-4520 (FAX)

Certification

I hereby certify that a true copy of the above was served on counsel for the Defendants, Joseph Whelan of Hinckley, Allen & Snyder at 1500 Fleet Center Providence, RI 02903 by messenger on this 10th day of November 2005.