Attachment A

*The Law Office of Stephen Thomas Fanning*
305 SOUTH MAIN STREET
PROVIDENCE, RHODE ISLAND 02903

Stephen Thomas Fanning * •
Brie G. Fanning * •

(401) 272-8250
FAX: (401) 272-4520

* Admitted in Rhode Island
• Admitted in Massachusetts

By Regular Certified Mail

June 24, 2005

Jose Ofrey
150 Filmore Street, Apt. J
Providence, RI 02908

Re: ***C.A. No. 05-014ML***
/
Dear Mr. Ofrey:

My repeated attempts to contact you by telephone have been unsuccessful. In addition, my office has sent you correspondence by regular mail and by messenger which you have not responded to. Finally, you failed to appear at a mandatory Settlement Conference in the US District Court scheduled on June 22, 2005. In sum, you have not made contact with my office in over many months.

This letter will serve to notify you that you must **contact my office immediately. Otherwise, your continuing lack of contact with my office may result in my having to withdraw as your counsel and/or in the dismissal of your court action by the Court.** I expect to hear from you upon your receipt of this letter. Thank you.

Very truly yours,

Stephen T. Fanning
STF/ml

*The Law Office of Stephen Thomas Fanning*
305 SOUTH MAIN STREET
PROVIDENCE, RHODE ISLAND 02903

RETURNED
985
UNKNOWN

988
UNKNOWN

37 USA

Jose OFREY
150 Filmore St, Apt 2
Providence, RI [redacted]

unknown
08003

! CONFIDENTIAL

[redacted]