UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOSE OFREY | : | |
| | : | |
| VS | : | C.A. NO. 05-014S |
| | : | |
| JOB LOT OF NORTH KINGSTOWN, INC. and OCEAN STATE JOB LOT, INC. | : | |

**SECOND AMENDED NOTICE TO TAKE DEPOSITION**

PLEASE TAKE NOTICE that, pursuant to the provisions of Rule 30 of the Federal Court Rules of Civil Procedure, Defendants will take the deposition of **Jose Ofrey** before an officer authorized to administer oaths on **Thursday, December 8, 2005** at **9:00 a.m.** and will continue day to day thereafter until completed. The deposition will be taken at the offices of Hinckley, Allen & Snyder, LLP, 1500 Fleet Center, Providence, Rhode Island.

You are invited to attend and cross examine.

JOB LOT OF NORTH KINGSTOWN, INC. and
OCEAN STATE JOB LOT, INC.

By their Attorneys,

Joseph D. Whelan (#5694)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (FAX)

Dated: November 14, 2005

**CERTIFICATION**

TO:

Stephen T. Fanning, Esq.
305 South Main Street
Providence, RI 02903

I hereby certify that I mailed a copy of the within Notice to counsel of record, as above, on the 14th day of November, 2005 and to the shorthand reporter.

Cynthia Somas

cc: Vivian Dafoulas

667283v3
(39310/122523)