UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
OCT 25 2005

12/14/05: MOTION WITHDRAWN BY DEFENDANTS IN VIEW OF CASE SETTLEMENT.

JOSE OFREY :
VS : C.A. NO. 05-014ML
JOB LOT OF NORTH KINGSTOWN, INC. and OCEAN STATE JOB LOT, INC. :

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Rule 37(c)(1) of the Federal Rules of Civil Procedure, defendants Job Lot of North Kingstown Inc. and Ocean State Jobbers, Inc. (incorrectly named herein as Ocean State Job Lot, Inc.) (collectively "Defendants"), hereby move to dismiss plaintiff Jose Ofrey's complaint for failure to comply with this Court's order of September 9, 2005. Defendants also seek as sanctions the costs of filing this motion including reasonable attorneys' fees. In support of this motion, Defendants rely on the accompanying Memorandum of Law.

Referred to U.S.M.J. Almond
☑ for findings & recommendation
☐ for determination
☐
William E. Smith, U.S. District Judge
Date 11/15/05

12-1-05 @ 10:00 am

JOB LOT OF NORTH KINGSTOWN, INC. AND OCEAN STATE JOBVERS, INC.

By their Attorney,

Joseph D. Whelan (#5694)
Kathleen A. Collins (#6946)
HINCKLEY, ALLEN AND SNYDER LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600

Dated: October 24, 2005