UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOSE OFREY :
:
VS : C.A. NO. 05-014ML S
:
JOB LOT OF NORTH :
KINGSTOWN, INC. and OCEAN :
STATE JOB LOT, INC. :

RECEIVED
JAN 19 2006
Property of U.S. District Court
District of Rhode Island

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Parties hereto, through their undersigned counsel who are authorized by their respective clients to execute this Stipulation, that the above-captioned action be dismissed, in its entirety, and with prejudice, and with no award of attorneys' fees, costs and/or disbursements.

JOSE OFREY

By his Attorneys,

Stephen T. Fanning
305 South Main Street
Providence, RI 02903
272-8250
272-4520 (fax)

Dated: 12/20/05

JOB LOT OF NORTH KINGSTOWN, INC. AND OCEAN STATE JOB LOT, INC.

By their Attorneys,

Joseph D. Whelan (#5694)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)

Dated: 1/19/06

685912v1
(39310/122523)

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 1/23/06

SCANNED